IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

ZEPHRONNIA L. CARVER )
)
v. ) NO. 3:04-0234
) JUDGE CAMPBELL
UNITED STATES OF AMERICA, et al. )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge dated August 30, 2005 (Docket No. 86) and Defendant Stroud's Objections thereto (Docket No. 87). The Court has reviewed the Magistrate Judge's findings, the Objections, and the record.

The Defendant's Objections are OVERRULED, and the Report and Recommendation is ADOPTED and APPROVED. Accordingly, Defendant Stroud's Motion for Summary Judgment (Docket No. 38) is DENIED.

This case is referred to the Magistrate Judge in accordance with the Court's prior Order (Docket No. 58). In addition, the Court hereby orders the parties to participate in alternative dispute resolution, pursuant to Rules 20-28 of the Local Rules of Court. The Magistrate Judge shall issue all necessary orders to implement the type of alternative dispute resolution he selects as appropriate.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE